**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Shannon Gammie

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON GAMMIE,<br><br>            Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.: 2:16-cv-01241-RFB-VCF<br><br>**STIPULATION AND ORDER** |

Plaintiff Shannon Gammie ("Gammie"), by and through her counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Defendant Southern Nevada Regional Housing Authority ("SNRHA"), by and through its counsel of record, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq., of the law firm of Parker Nelson & Associates, hereby stipulate as follows:

Gammie shall have until **September 5, 2016** to file her response to SNRHA's Motion to Dismiss (ECF Dkt. # 7); and

///
///
///
///
///
///
///

MAC:14061-001 8/29/2016 1:27 PM

SNHRA shall have until **September 12, 2016** to file its Reply in Support of the Motion to Dismiss.

| | |
|---|---|
| Dated this 29th day of August, 2016 | Dated this 29th day of August, 2016 |
| MARQUIS AURBACH COFFING | **PARKER NELSON & ASSOCIATES** |
| By: s/ Nick D. Crosby<br>    Nick D. Crosby, Esq.<br>    Nevada Bar No. 8996<br>    10001 Park Run Drive<br>    Las Vegas, Nevada  89145<br>    Attorneys for Shannon Gammie | By: s/ Yadira R. Gibson<br>    Theodore Parker, III, Esq.<br>    Nevada Bar No. 4716<br>    Yadira R. Gibson, Esq.<br>    Nevada Bar No. 8637<br>    2460 Professional Court, Ste. 200<br>    Las Vegas, Nevada 89128<br>    Attorney(s) for SNRHA |

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: September 5, 2016.