**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Shannon Gammie

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON GAMMIE,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | Case No.: 2:16-cv-01241-RFB-VCF<br><br>**STIPULATION AND ORDER** |

Plaintiff Shannon Gammie ("Gammie"), by and through her counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Defendant Southern Nevada Regional Housing Authority ("SNRHA"), by and through its counsel of record, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq., of the law firm of Parker Nelson & Associates, hereby stipulates as follows:

  1.  The Parties hereby agree to extend the deadline to submit initial disclosures to September 16, 2016.

///
///
///
///
///
///

MAC:14061-001 2891294_1 9/9/2016 3:54 PM

| | |
|---|---|
| Dated this 9th day of September, 2016. | Dated this 9th day of September, 2016. |
| MARQUIS AURBACH COFFING | **PARKER NELSON & ASSOCIATES** |
| By: /s/ *Nick D. Crosby* <br> Nick D. Crosby, Esq. <br> Nevada Bar No. 8996 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney(s) for Shannon Gammie | By: /s/ *Yadira R. Gibson* <br> Theodore Parker, III, Esq. <br> Nevada Bar No. 4716 <br> Yadira R. Gibson, Esq. <br> Nevada Bar No. 8637 <br> 2460 Professional Court, Ste. 200 <br> Las Vegas, Nevada 89128 <br> Attorney(s) for SNRHA |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate
DATED: _____
September 12, 2016